# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Isaiah Farnsworth<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:22-mj-00261<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 11/29/2022<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1), (2), and (4) | Remaining in a Restricted Building, Impede Official Functions, and Engaging in Physical Violence; |
| 40 U.S.C. § 5104(e)(2)(D), (F), and (G) | Disorderly Conduct in a Capitol Building, Physical Violence, Parading through a Capitol Building; |
| 18 U.S.C. §§ 1361 and 2 | Injuring or Depredating Government Property, Aiding and Abetting. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Madison Kirsch, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/29/2022

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*