AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Isaiah Farnsworth<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:22-mj-00261**<br>**Assigned To : Faruqui, Zia M.**<br>**Assign. Date : 11/29/2022**<br>**Description: Complaint W/ Arrest Warrant** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                        Isaiah Farnsworth                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2), and (4) - Remaining in a Restricted Building, Impede Official Functions, and
Engaging in Physical Violence;
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Physical Violence, Parading
through a Capitol Building;
18 U.S.C. §§ 1361 and 2 - Injuring or Depredating Government Property, Aiding and Abetting.

Date:      11/29/2022                                         2022.11.29
                                                             17:26:58 -05'00'
                                                             *Issuing officer's signature*

City and state:          Washington, D.C.                   Zia M. Faruqui, United States Magistrate Judge
                                                             *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 12/5/22 , and the person was arrested on *(date)* 12/5/22<br>at *(city and state)* McDonald, TN.<br><br>Date: 12/5/22                                         _____<br>                                                             *Arresting officer's signature*<br><br>                                                             Matthew Beaupain, FBI SA<br>                                                             *Printed name and title* |